No. 87–6099. BEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6100. BINDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6101. FLUDD *v.* UNITED STATES SECRET SERVICE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–6102. DAVIS *v.* GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–6103. AVERHART *v.* SHULER ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–6106. ESPENSHADE *v.* PENNSYLVANIA STATE UNIVERSITY ET AL. Sup. Ct. Pa. Certiorari denied.

No. 87–6107. KEMPER *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–6111. BERRY *v.* PEACH ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–6112. COPPLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6114. ANDEREGG, INDIVIDUALLY AND AS NEXT FRIEND OF HOGAN *v.* HIGH STANDARD, INC. C. A. 5th Cir. Certiorari denied.

No. 87–6120. JANIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–6121. WASHINGTON *v.* RAFFERTY, SUPERINTENDENT, NEW JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 87–6122. WYLIE *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 87–6123. CALDWELL *v.* QUARLES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–6124. CRAWFORD *v.* FORD, WARDEN. C. A. 11th Cir. Certiorari denied.